**Order entered August 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00799-CV

## IN THE INTEREST OF E.H. AND K.H., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-56179-2011**

## ORDER

We **GRANT** court reporter Jenny L. Hoyt's August 2, 2015 motion for extension of time

to file reporter's record and **ORDER** the record be filed no later than August 10, 2015.

/s/    CRAIG STODDART
        JUSTICE